UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cr-00137-SEB-MJD |
| DEDRICK D. BROWN, | ) ) | -01 |
| Defendant. | ) ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Dedrick Brown's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of fourteen (14) months in the custody of the Attorney General or his designee, with six (6) months supervised release to follow. The Court recommends Defendant's placement at the Federal Correctional Institution in Marion, Illinois. In addition to the mandatory conditions of supervision, the conditions of supervised release outlined in the Magistrate Judge's Report and Recommendation will be imposed.

**SO ORDERED.**

Date:  9/29/2023

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF

system Electronic Notice to USM-C    Electronic Notice to USPO