UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cr-00137-SEB-MJD |
| DEDRICK D. BROWN, | ) ) | -01 |
| Defendant. | ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 24, 2025, Defendant filed a response to the Court's Order for Show Cause [Dkt. 89]. After consideration of the response, the Court permits Defendant's objection to the Magistrate Judge's Report and Recommendation to stand but OVERRULES it because the Magistrate Judge's recommendation is reasonable given that Defendant has persistently refused to follow the instructions of the United States Probation Office, thereby warranting this sanction of further incarceration. This determination is *de novo* such that the Court adopts the Magistrate Judge's Report and Recommendation pursuant to Title 28, USC § 636 (b) and Title 18, USC § 3583 (e)(3). Having approved and adopted the Report and Recommendation a sentence is hereby imposed of eight (8) months imprisonment and Defendant is ordered to remain in the custody of the Attorney General or his designee, with no supervised release to follow.

SO ORDERED.

Date: 5/2/2025

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO